UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY IEROKOMOS,<br><br>    Plaintiff,<br><br> v.<br><br>SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S., ACCORD HEALTHCARE, INC., HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., SANDOZ, INC., PFIZER, INC., ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING,<br><br>    Defendants. | Civ. No. 18-16420<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

  IT APPEARING that the Court's jurisdiction under 28 U.S.C. § 1332 requires complete diversity of citizenship among the parties, *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978); and it further

  APPEARING that Plaintiff is a citizen of New Jersey (Compl. ¶ 4, ECF No. 1-1); and it further

  APPEARING that Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz, Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. are citizens of New Jersey (*Id.* ¶¶ 5, 15, 35, 41, 42); and it further

APPEARING that Plaintiff consents to dismissing these non-diverse parties (ECF No. 10);

IT IS on this 2nd day of January, 2019,

ORDERED that Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz, Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. are DISMISSED.

                                             */s/ Anne E. Thompson*
                                             ANNE E. THOMPSON, U.S.D.J.